AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

JOSE CARLOS JUNIOR

**CRIMINAL COMPLAINT**

CASE NUMBER: mJ#-05-835-MBB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __Feb. 3, 8, 16 and 3/22/05,__ in __Middlesex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly transfer an identification document, authentication feature, or a false identification document knowing that such document or feature was stolen or produced without lawful authority

in violation of Title __18__ United States Code, Section(s) __1028(a)(2) and 2__.

I further state that I am a(n) __Special Agent, ICE__ and that this complaint is based on the following
Official Title
facts:

See attached affidavit of S.A. Randy Reeves

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

05-13-2005  @ 2:32 PM                at         Boston, Massachusetts
Date                                            City and State

MARIANNE B. BOWLER
U.S. MAGISTRATE JUDGE                  _____
Name & Title of Judicial Officer               Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.