*filed in Open Court*
*5/26/05*

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSACHUSETTS_

## APPEARANCE

Case Number: **05-835 MBB**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**Jose Carlos Junior**

I certify that I am admitted to practice in this court.

| | |
|---|---|
| **5.26.05** | *[Signature]* |
| Date | Signature |
| | **Kevin R. Leeper**    **558175** |
| | Print Name    Bar Number |
| | **188 Concord St** |
| | Address |
| | **Framingham   MA   01702** |
| | City   State   Zip Code |
| | **508-370-3400** |
| | Phone Number |
| | **508-370-3300** |
| | Fax Number |