UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
UNITED STATES OF AMERICA
Plaintiff

V.                                                                          **CASE NO. 05-835 MBB**

JOSE CARLOS JUNIOR
Defendant
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

I, Kevin R. Leeper, Attorney for the Defendant, Jose Carlos Junior in the above captioned matter do hereby file this withdrawal affirming a previously allowed oral motion on June 6, 2005. Respectfully, it is requested that this filing and withdrawal be accepted and allowed.

Respectfully submitted,

_Kevin R. Leeper_
Kevin R. Leeper, Esq.
Lewis & Leeper, LLP
188 Concord Street
Framingham MA 01702
Phone 508 370 3400
Fax 508 370 3300

## CERTIFICATE OF SERVICE

    I, Kevin R. Leeper, do hereby certify that I served a true copy of the attached Motion to Withdraw as Attorney of Record on, via first class mail, postage prepaid, to Assistant U.S. Attorney Donald Cabell, United States Attorney, U.S. Courthouse, 1 Courthouse Way, Suite 9200, Boston MA.

Dated: 6/24/2005

*Kevin R. Leeper*
Kevin R. Leeper