06.14.06

United States District Court,
District of Massachusetts
attention: Marianne B. Bowler,
U.S. Magistrate judge

Dear Madam,

I, Antonio Dos Santos Junior hereby submit this letter to you asking you to kindly look into my case number MJN 05-835 MBTO. I was assigned a state lawyer but unfortunately there was no follow-up. I have been incarcerated for thirteen months at the Plymouth County Correctional Facility. I am in cell FS407 in FS3 unit.

Unfortunately, I don' have any help with regards to my case. Could you kindly correspond with me and let me know the status of my case. I look forward with eagerness to hear from you with regards to my case. Your attention and cooperation in this case will be appreciated. God bless you.

Yours sincerely,

[signature]

C/ Antonio Dos Santos Junior

P.S. Please reply soon.

Plymouth County Correctional Facility
26 Long Pond Road, Plymouth, MA 02360

Your Full Name: Antonio Dos Santos Junior
*Su Nombre Lleno*

ID #: 40209

Unit & Room #: FS3 407
*La Unidad y Número del Cuarto*

USMS SCREENED

BROCKTON MA 023

To: Mahaxxxl B. Boxler,
US Magistrate Judge,
United States District Court
District of Massachusetts.
1 Court House WAY
BOSTON, MA 02210

02210+3002 C073