UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 05-nj-00835-MBB |
| | ) | |
| V. | ) | |
| | ) | |
| JOSE CARLOS JUNIOR | ) | |

### ASSENTED TO MOTION TO RELEASE DEFENDANT

The defendant, JOSE CARLOS JUNIOR, moves that he be released on his own personal recognizance to the ICE detainer forthwith.

The Government does not oppose this request for continuance.

Respectfully submitted,
By his Attorney,

Dated: June 21, 2006

*Eileen M. Donoghue*
Eileen M. Donoghue
112 Middle Street
Lowell, MA  01852
(978) 458-7070
BBO# 130040